**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01137-RPM-KMT

MELISSA MCINTOSH,

     Plaintiff,

v.

NATIONWIDE CREDIT, INC., a Georgia corporation,

    Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice

pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES

HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her

or its own attorney's fees and costs.


                BY THE COURT:

                s/Richard P. Matsch

October 18, 2010

_____     _____
DATE                   Richard P. Matsch, Senior Judge